JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEREEN GUIRGUIS AND SAMIR GUIRGUIS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LAURA E. CASTRO & ERIKA ROBLES, DOES 1 TO 10,<br><br>　　　　Defendants. | Case No. CV 16-5994 MWF (SS)<br><br>**ORDER SUMMARILY REMANDING**<br><br>**IMPROPERLY-REMOVED ACTION** |

　　The Court will remand this unlawful detainer action to state court summarily because Defendants removed it improperly.

　　On August 11, 2016, Defendants Laura E. Castro and Erika Robles, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice Of Removal of that action to this Court and also presented applications to proceed in forma pauperis. The Court has denied the latter applications under separate cover because the action was not properly removed. To prevent the action from remaining in

1  jurisdictional limbo, the Court issues this Order to remand the
2  action to state court.
3
4     Simply stated, this action could not have been originally
5  filed in federal court because the complaint does not competently
6  allege facts supporting either diversity or federal-question
7  jurisdiction, and therefore removal is improper. 28 U.S.C.
8  § 1441(a), see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545
9  U.S. 546, 563 (2005). Defendants' Notice of Removal asserts that
10 "[f]ederal question exists because Defendant's Answer, a pleading
11 depend on the determination of Defendant's rights and Plaintiff's
12 duties under federal law." (Notice Of Removal at 2). These
13 allegations are inadequate to confer federal question jurisdiction.
14 See Merrell Dow Pharmaceuticals, Inc. v. Thompson, 478 U.S. 804,
15 808 (1986) ("A defense that raises a federal question is inadequate
16 to confer federal jurisdiction.").
17
18    Accordingly, IT IS ORDERED that (1) this matter be REMANDED
19 to the Superior Court of California, County of Los Angeles, 400
20 Civic Center Plaza, Pomona, CA 91107, for lack of subject matter
21 jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a
22 certified copy of this Order to the state court; and (3) the Clerk
23 serve copies of this Order on the parties. IT IS SO ORDERED.
24
25 DATED: August 25, 2016

                                    /s/ Michael W. Fitzgerald
                                    _____
                                    MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE